UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v | § | CRIMINAL NO. C-15-643M(2) |
| | § | |
| STEPHANIE ANN ANDERSON | § | |

## ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE

It is hereby ORDERED that the above-entitled and numbered Complaint be **DISMISSED** as to Defendant, STEPHANIE ANN ANDERSON, in the interest of justice.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED, this 27 day of May, 2015.

UNITED STATES MAGISTRATE JUDGE